UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. L-05-CR-321 |
| Pedro Renteria | § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 12, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22st day of April, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE